UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINA E. FLOREZ, | No.  2:14-cv-1448 KJM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| PARENT ADVOCATES OF SACRAMENTO, | |
| Defendant. | |

     Plaintiff Reina Florez is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

     On October 1, 2014, the undersigned issued an order dismissing plaintiff's complaint and granting plaintiff leave to file an amended complaint within twenty-eight days.  (Dkt. No. 3.)  On October 27, 2014, plaintiff filed a motion for an extension of time to file her amended complaint explaining that she had been incarcerated and did not promptly received the October 1, 2014 order.  Good cause appearing, plaintiff's motion will be granted.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's October 27, 2014 motion for an extension of time (Dkt. No. 4) is granted.

/////

1

2. Plaintiff is granted twenty-eight days from the date of this order to file an amended complaint.

3. Failure to comply with this order in a timely manner may result in a recommendation that this action be dismissed.

Dated: October 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\florez1448.eot.ord.docx